

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Katherine Macfarlane**
phone: (212) 788-1001
fax: (212) 788-9776
email: kmacfarl@law.nyc.gov

February 14, 2013

**<u>VIA ECF</u>**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>Lamont Racks v. City of New York, et al.</u>, 11 CV-2305(ERK)(RML)

Your Honor:

I am an attorney in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City in the above-referenced matter. I write to provide the Court with a status update regarding defendant Ortiz's military leave.

Defendant Ortiz, the officer who arrested plaintiff, remains on military leave. As a result, I am unable to interview him to determine whether I can represent him in this matter. Therefore, I respectfully request that the stay in this matter remain in effect, for the same reasons as those stated in my letter of February 13, 2012.

Respectfully submitted,

*Katherine A. Macfarlane*

Katherine Macfarlane

cc:   **<u>VIA ECF</u>**
John J. Nonnenmacher, Esq.
*Attorney for Plaintiff*