UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

TANYA RACKS, AS EXECUTOR OF THE ESTATE OF LAMONT RACKS,

                         Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, FIRST DEPUTY COMMISSIONER RAFAEL PINERO, CHIEF OF DEPARTMENT JOSEPH ESPOSITO, POLICE OFFICER FELIX ORTIZ, JOHN DOE POLICE OFFICERS AND SUPERVISORS ASSIGNED TO THE 73RD PRECINCT, JOHN DOE POLICE OFFICERS AND SUPERVISORS ASSIGNED TO THE BROOKLYN NORTH NARCOTICS, SGT. MICHAEL WHITE, DET. FELIX ORTIZ, LT. PATRICK RYAN, POLICE OFFICERS ANTONIO SANTANA, DET. HUGO ORTEGA, DET. RONALD REYNOLDS, DET. JENNIFER LAVELLE, DET. DENNIS FRIENDLY, DET. CHARLES FICO, POLICE OFFICERS JOSEPH UNTERKOFTER AND POLICE OFFICER TORARES KORCHITMET,

                         Defendants.

----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

11-cv-02305-WFK-RML

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties herein, that the above captioned action is hereby discontinued and dismissed in all respects as to all defendants, with prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: New York, New York
June 10, 2016

JOHN NONNENMACHER
744 Fairmount Ave
Chatham, NJ 07928
973-701-1259
johnnynon@aol.com
Attorney for Plaintiff Tanya Racks
as Executor of the Estate of Lamont Racks

By: _____
  JOHN NONNENMACHER

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
100 Church Street
New York, New York 10007
(212) 356-2337
lmindrut@law.nyc.gov
Attorney for Defendants

By: _____
  LINDA MINDRUTIU
  Assistant Corporation Counsel

SO ORDERED:

s/ WFK

_____
JUDGE WILLIAM F. KUNTZ
United States District Court
Eastern District of New York